IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JAMERSON,

        Plaintiff,        CV F 07 1705 OWW WMW P

  vs.                    ORDER RE MOTION (DOC 8)

DR. PATEL, et al.,

        Defendants.

      Plaintiff has filed a motion for leave to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion for leave to file an amended complaint is granted.

      2. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   January 28, 2008**              /s/  **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE