IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES QUINCY JAMERSON,

        Plaintiff,                CV F 07 1705 OWW WMW PC

   vs.                           ORDER

DR. PATEL, et al.,

        Defendants.

On March 3, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. On the same date, Plaintiff filed a first amended complaint. Accordingly, IT IS HEREBY ORDERED that:

    1. The March 3, 2008, recommendation of dismissal is vacated.

    2. This action proceeds on the March 3, 2008, first amended complaint.

IT IS SO ORDERED.

**Dated:   March 28, 2008**          /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE