IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES QUINCY JAMERSON,

       Plaintiff,                      1: 07 CV 01705 OWW YNP GSA (PC)

       vs.                            ORDER DISMISSING ACTION

DR. PATEL, et al.,

       Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to voluntarily dismiss this action.

      On June 23, 2009, an order was entered, dismissing the first amended complaint and granting Plaintiff leave to file an amended complaint.  On July 6, 2009, Plaintiff filed a motion to dismiss this action.   Plaintiff specifically requests that "for the case to dismissed and not to stop any new complaint in the future, and not to hold anything against me for not amending the complaint."  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss

this action on his own motion, so long as a responsive pleading has not been filed.  There has been no service of process, and no defendant has entered an appearance in this action.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   August 18, 2009**                              /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE